UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:16CR-00107-DJH-2

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.

ALVARO JESUS CID                                                                              DEFENDANT

## ORDER

On September 4, 2017, Attorney Harvey J. Slovis ("Mr. Slovis") filed a motion to withdraw his appearance on behalf of Defendant Alvaro Jesus Cid ("Defendant Cid"). (DN 82). As a result, the Court entered an Order three days later appointing the Office of Federal Defender to represent Defendant Cid at his sentencing hearing on October 26, 2017 at 10:30 AM. (DN 83). Presently, Mr. Slovis has filed a "Notice of Appearance" attempting to again represent Defendant Cid. (DN 86). Mr. Slovis also filed an affidavit from Defendant Cid indicating his preference for Mr. Slovis's representation. (DN 86-1).

However, Mr. Slovis did not file a motion to appear *pro hac vice* before the Court, as required by Local Joint Criminal Rule 57.2(a)(1), to represent Defendant Cid in this case. As such, the Court strikes Mr. Slovis's "Notice of Appearance" (DN 86) from the record.

**It is HEREBY ORDERED** that Mr. Slovis's "Notice of Appearance" (DN 86) is **stricken from the record**.

**It is FURTHER ORDERED** that the Court's **appointment of the Federal Defender to represent Defendant Cid remains in effect**. Defendant Cid's sentencing hearing is scheduled for **October 26, 2017, at 10:30 AM.** No other hearings are currently scheduled in this matter.

Copies:       The Honorable Harvey J. Slovis
               Counsel of Record